FILED

APR 2 3 2015

DAVID CREWS, CLERK
BY /s/ Signature Redacted, Deputy

UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:15CR050

MICHAEL ALLEN TARVER   42 U.S.C. § 300i-1

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about February 25, 2014 to on or about February 12, 2015, in the Northern District of Mississippi, the defendant, MICHAEL ALLEN TARVER, on one or more occasions, did knowingly tamper with a public drinking water system operated by the Boyle-Skeen Water Corporation in Bolivar and Sunflower Counties by shooting into, breaking, vandalizing, and otherwise damaging one or more of the water supply lines, abandoned meters, bleed off valves, and other water supply equipment owned, operated, and maintained by the Boyle-Skeen Water Corporation in Bolivar and Sunflower Counties, thereby causing financial harm to the Boyle-Skeen Water Corporation in excess of $100,000.00, causing the potential for contaminants to enter the drinking water supply, and causing loss of service to its members and customers, all in violation of Title 42, United States Code, section 300i-1.

A TRUE BILL:

*/s/ Signature Redacted*
**FOREPERSON**

_____
**UNITED STATES ATTORNEY**

−1−