IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 4:15CR 050

MICHAEL ALLEN TARVER                                  42 U.S.C. § 300i-1

## NOTICE OF PENALTIES

### Count One

NMT 20 years imprisonment — 42 U.S.C. § 300i-1;
NMT $250,000 fine — 18 U.S.C. § 3571;
NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

                                                   ROBERT J. MIMS, MSB #9913
                                                   Assistant United States Attorney
                                                   900 Jefferson Avenue
                                                   Oxford MS 38655
                                                   telephone 662/234-3351
                                                   fax 662/234-3372