AO 442 (Rev. 01/09) Arrest Warrant



**RECEIVED**
MAY 0 5 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:15CR050 |
| | ) |
| MICHAEL ALLEN TARVER | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL ALLEN TARVER
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

TAMPERING WITH A PUBLIC DRINKING WATER SYSTEM

Date: 04/24/2015                              J. Adams        Deputy Clerk
                                              *Issuing officer's signature*

City and state: Oxford, Mississippi          David Crews, Clerk of Court
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-27-15, and the person was arrested on *(date)* 4-30-15
at *(city and state)* Cleveland, MS

Date: 04/30/2015                              SA Ricky D. Knight
                                              *Arresting officer's signature*

                                              Ricky D. Knight, Special Agent
                                              *Printed name and title*