# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO. 4:15cr50-MPM-SAA**     **PLACE HELD**: GREENVILLE, MS

**USA v MICHAEL ALLEN TARVER**

**DATE & TIME BEGUN/ENDED:** 5/5/2015 @ 9:45 am - 1:00 pm

**TOTAL TIME:**   3 Hours 45 Minutes

---

**PRESENT:**

**HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE**

| | |
|---|---|
| **Dean Dacus** | **Digital** |
| **Courtroom Deputy Clerk** | **Official Court Report** |

| | |
|---|---|
| **Attorney for Government:** | **Attorney for defendant:** |
| Robert Mims | Cynthia Stewart |

**PROCEEDINGS:** Arraignment/Detention Hearing

---

**Docket entry:** Defendant appeared with counsel; waived reading of indictment; not guilty plea(s) entered. Detention hearing held. Bond set at $1,000,000.00 secured by 10% cash or personal property. Conditions of release entered. Defendant remanded to custody of Marshal Service pending posting of bond and electronic monitoring verified and set up in Byram, MS. Defense counsel to personally transport defendant from Bolivar County Correctional Facility to his father's home in Byram, MS after notified by Probation Officer that the electronic monitoring device is set up.

**DAVID CREWS, CLERK**

By:   /s/ Dean Dacus
  Courtroom Deputy