UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## EXHIBIT LIST

**UNITED STATES OF AMERICA**　　　　　　　　Case Number:  4:15cr50-SA-JMV

v.　　　　　　　　　　　　　　　　　　　　　Date:  May 5, 2015

**MICHAEL ALLEN TARVER**

| GOV NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 |  | X | X | X | Map - Vandalized Lines |
| 2 |  | X | X | X | Picture Taken 4-4-15 |
| 3 |  | X | X | X | Picture Taken 1-10-15 |
| 4 |  | X | X | X | Picture Taken 4-1-15 |
| 5 |  | X | X | X | Collective Ex. G5-1 through 5 Pictures of Truck |
| 6 |  | X | X | X | "          "   G6-1 through 2 Pictures of Truck |
|  | 1 | X | X | X | Letter from Dr. Barksdale |