UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                                                 CRIMINAL NO. 4:15cr50-SA-JMV

MICHAEL ALLEN TARVER                                                DEFENDANT

### MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Michael Allen Tarver, by and through counsel, Motion to Continue, and asks this Court for a continuance in the trial of this matter currently scheduled for June 15, 2015 at 9:40 a.m. In support thereof, Defendant would show the following:

1. That counsel was recently retained and needs time to obtain all discovery to prepare for case.

2. That a lengthy investigation will be required.

3. The Assistant United States Attorney has no objections to this continuance.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that this Motion for Continuance be received and considered by this Honorable Court and an Order issued granting a continuance of the previously set trial date and all related deadlines in this cause.

This the 14th day of May, 2015.

Respectfully submitted,

MICHAEL ALLEN TARVER


By: /s/ Cynthia A. Stewart
    CYNTHIA A. STEWART

SUBMITTED BY:

CYNTHIA A. STEWART (MB#7894)
ATTORNEY, PLLC
118 Homestead Drive, Suite C
Madison, Mississippi 39110
Telephone: (601) 856-0515
Facsimile: (601) 856-0514

## CERTIFICATE OF SERVICE

I, Cynthia A. Stewart, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

**SO CERTIFIED**, this the 14th day of May, 2015.

/s/ Cynthia A. Stewart
Cynthia A. Stewart