

Red Flag - Vandalized Line
Yellow Star - Board Member/Employee House
Tower - Water Tower
(O) Traffic Circle Boyle / Shaw Intersection / office

EXHIBIT A