IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. 4:15-cr-050

MICHAEL ALLEN TARVER

## MOTION TO MODIFY BAIL CONDITIONS

COMES NOW Defendant Michael Allen Tarver, through his attorney, Cynthia Stewart, and files this his Motion to Modify Bail Conditions for the Court's consideration.

1. Defendant was ordered by this Court to remain on house arrest as a condition of his bail.

2. Defendant currently resides at his father's residence located at 1883 Timberlake Place, Byram, MS.

3. Defendant would like to move, with his wife Cindy Tarver, to a trailer located at 2450 Jake Johnson Road, Terry, MS 39170. The property and trailer are owned by Levoy B. Agnew.

4. The Defendant requests to remain on house arrest within the confines of Hinds County, Rankin County and Madison County, Mississippi.

5. The Defendant's counsel's office is located in Madison County.

6. The Defendant has complied with every requirement of this Court as can be evidenced by Jamie Newman, his supervising probation officer out of the Southern

1

District of Mississippi, Jackson Division.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that this Court allow the Defendant to move to 2450 Jake Johnson Road, Terry, MS 39170 and remain on house arrest within the confines of Hinds County, MS

This the day 24th of August, 2015.

Respectfully submitted,

MICHAEL ALLEN TARVER

By: /s/ Cynthia A. Stewart
    CYNTHIA A. STEWART

SUBMITTED BY:

CYNTHIA A. STEWART (MB#7894)
ATTORNEY, P.A.
118 Homestead Drive, Suite C
Madison, Mississippi 39110
Telephone (601) 856-0515

**CERTIFICATE OF SERVICE**

I, Cynthia A. Stewart, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record**.**

**SO CERTIFIED**, this the 24th day of August, 2015.

/s/ Cynthia A. Stewart
Cynthia A. Stewart