IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                        CRIMINAL NO. 4:15-cr-050

MICHAEL ALLEN TARVER

### MOTION FOR EARLY DISCLOSURE OF JENCKS ACT MATERIAL

**COMES NOW**, Michael Allen Tarver, by and through undersigned counsel, and

asks this Honorable Court to order the early production of material covered by 18 U.S.C.

§ 3500, including Grand Jury Transcripts, 302's and witness statements, commonly

referred to as the Jencks Act. In support thereof, Defendant would show unto the Court

the following:

At issue in this case, is the time and degree to which the government became

involved in the investigation. The government is not producing relevant documents,

including communications between Boyle Skene Water Association, use of GPS tracking

device (which should have required a warrant), police reports, chain of custody and other

documents under the argument that all of this, in fact, the whole investigation, was

conducted by Boyle Skene Water association which is a private entity. The defense

cannot adequately evaluate, prepare or defend Mr. Tarver consistent with the Fourth,

Fifth, Sixth and Eighth amendment of the United States Constitution without this

information.

The early disclosure of any witness statements of the codefendants could speed

the resolution of this matter and would be in the interests of judicial economy.

**WHEREFORE PREMISES CONSIDERED**, the Defendant respectfully requests that

this Motion for Early Disclosure of Jencks Act Material be received and considered by this

Honorable Court and an Order issue requiring the early production of information covered

under the Jencks Act.

**RESPECTFULLY SUBMITTED**, this 8th day of October, 2015.

By: /s/ Cynthia A. Stewart
       CYNTHIA A. STEWART

SUBMITTED BY:

CYNTHIA A. STEWART (MB#7894)
ATTORNEY, PLLC
118 Homestead Drive, Suite C
Madison, Mississippi 39110
Telephone:  (601) 856-0515
Facsimile: (601) 856-0514

## CERTIFICATE OF SERVICE

I, Cynthia A. Stewart, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

**SO CERTIFIED**, this the 8th day of October, 2015.

/s/ Cynthia A. Stewart
Cynthia A. Stewart